THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DIETZ, Appel-

lant.— Motion granted, to amend order of reversal, entered March 10, 1926, by inserting therein a statement that the reversal is made upon questions of law only, the facts having been examined and no error found therein.  Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.